# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| MICHAEL A. HAYDEN<br><br>　　　　Plaintiff-Appellant,<br>　v.<br><br>JEFF KOONS, et. al.,<br><br>　　　　Defendant-Appellees. | Case No. 25-498<br><br>**SCHEDULING REQUEST** |

　　Pursuant to Rule 31.2, plaintiff-appellant Michael Hayden requests a deadline of June 17, 2025 for his brief, which is 91 days from the ready date of March 18, 2025.

Dated: New York, New York
　　　　March 4, 2025

　　　　　　　　　　　　　　　　**FLETCHER LAW, PLLC**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　By: Jordan Fletcher
　　　　　　　　　　　　　　　　jordan@fletcherlaw.co
　　　　　　　　　　　　　　　　234 Fifth Avenue, 2nd Floor
　　　　　　　　　　　　　　　　New York, New York 10001
　　　　　　　　　　　　　　　　(212) 320-8945

　　　　　　　　　　　　　　　　*Counsel for plaintiff-appellant Michael A. Hayden*